# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL L. MACK, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV410-100 |
| | ) |
| WILLIAM DANFORTH, *Warden* | ) |
| *Valdosta State Prison*; GREGORY | ) |
| McLAUGHLIN, *Deputy Warden* | ) |
| *Valdosta State Prison*; PARDON AND | ) |
| PAROLE BOARD OF CORRECTIONS, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Civil rights plaintiff Michael L. Mack, Jr., has submitted for filing a 42 U.S.C. § 1983 complaint concerning allegations of government misconduct arising at Valdosta State Prison, which is within the jurisdiction of the United States District Court for the Middle District of Georgia. (Doc. 1.) Since his claims arise from events that transpired in Valdosta State Prison and the defendants are located there, the proper forum for the action is in the Middle District of Georgia, Valdosta Division. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects); 28 U.S.C. § 90 (establishing districts

and divisions for Georgia's federal courts). Accordingly, this case should be transferred to the Valdosta Division of the United States District Court for the Middle District of Georgia for all further proceedings.

**SO REPORTED AND RECOMMENDED** this __3rd__ day of May, 2010.

/s/ _____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA