IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MICHAEL L. MACK, :
:
    Plaintiff, :
:
v. : Civil Action No.
: 7:10-cv-47 (HL)
Warden WILLIAM DANFORTH, et :
al., :
:
    Defendants. :
_____ :

**ORDER**

This case is before the Court on the Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 14), entered on July 13, 2010. The Magistrate Judge recommends that Plaintiff's claims against the Pardons and Parole Board of Corrections be dismissed and that Plaintiff's motion to correct the name of a defendant (Doc. 12) be granted.

Plaintiff has filed an objection to the Recommendation (Doc. 17), as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the objection and made a *de novo* review of the portions of the Recommendation to which Plaintiff objects.

After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, Plaintiff's claims against the Pardons and Parole Board of Corrections are dismissed. The motion to correct the name

of a defendant is granted (Doc. 12).[1]

**SO ORDERED**, this the 21st day of September, 2010.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

lmc

---

[1] The Court notes that the clerk's office has already removed the name of Gregory McLaughlin from the complaint and named Calvin Orr, the deputy warden, as a defendant.